UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

X Priority
X Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES - GENERAL

Case No.  SA CV 00-267 AHS (ANx)                    Date: March 29, 2000

Title:  WRS, Inc. v. Amazing Fantasy Entertainment, Inc., et al.
================================================================
DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                     Date _____ Deputy Clerk _____
================================================================
PRESENT:

            HON. ALICEMARIE H. STOTLER, JUDGE

        Debra Beard                    Not Present
        Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

        None present                    None present

PROCEEDINGS:   (In Chambers) ORDER: (1) STRIKING PETITIONER'S MOTION TO
                            AMEND JUDGMENT; (2) VACATING HEARING DATE

    On March 17, 2000, petitioner WRS, Inc. filed a Motion to Amend Judgment, and the matter was set for hearing on the Court's April 10, 2000 hearing calendar.

    Because of the Local Rule violation set forth below, petitioner's motion is hereby stricken, and the hearing date vacated.

    Petitioner's motion violates Local Rule 3.4.1 concerning typeface size Local Rule 3.4.1 provides, in relevant part:

    All pleadings, motions, affidavits, declarations, briefs, points
    and authorities, and all other papers and documents . . . presented
    for filing or lodging with the Clerk, shall be typewritten or
    printed, or prepared by a photocopying or other duplicating process
    that will produce clear and permanent copies equally legible to
    printing, in black or dark blue ink. The typeface shall not be
    smaller than pica size, with not more than ten (10) typed
    characters per inch.

    The Clerk shall serve this minute order on counsel for all parties in this action.

MINUTES FORM 11                                INITIALS OF DEPUTY CLERK ___
CIVIL - GEN     MSO
G \DOCS\AHSCOMMO\lmsq\mo\WPS 341

___ NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3     D - M
___ CLSD

ENTERED ON ICMS  12
                                MAR 30 '00