1 | **THE LAW OFFICE OF JOHN D. OTT,**
   **A PROFESSIONAL CORPORATION**
2 | John D. Ott, State Bar No. 160191
550 N. Parkcenter Dr., Suite 204
3 | Santa Ana, California 92705
Telephone: (714) 564-9033
4 | Facsimile: (714) 564-1685

5 | Attorneys for Plaintiff WRS, Inc.,

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| WRS, INC., | Case No. 8:00-cv-00267-AHS-AN |
|         Plaintiff, | |
|     v. | **NOTICE OF MOTION AND MOTION FOR AN ASSIGNMENT ORDER AND TO AMEND REGISTERED JUDGMENT; DECLARATION OF THOMAS REILLY AND JOHN D. OTT; EXHIBITS THERETO** |
| AMAZING FANTASY ENTERTAINMENT, INC.; FULL MOON ENTERTAINMENT, INC.; CHARLES R. BAND, | |
|         Defendants. | **HEARING DATE: April 5, 2010 TIME: 10:00 a.m. COURTROOM: 10A** |
| | **JUDGE: ALICEMARIE H. STOTLER** |

**TO THE HONORABLE ALICEMARIE H. STOTLER, AND TO ALL INTERESTED PARTIES:**

    PLEASE TAKE NOTICE that on April 5, 2010 at 10:00 a.m. in Courtroom 10A of the above-entitled court located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiff and judgment creditor WRS, Inc. will move and hereby moves for an assignment order to assign the rights to

1

1  payment for any payments and rents due Charles R. Band resulting in any
2  way from his ownership or operation of the property known as Castello Di
3  Giove, located in Giove, Umbria, Italy (the "Rights").  Such order is sought
4  pursuant to Rule 69 of the Federal Rules of Civil Procedure and California
5  Code of Civil Procedure Section 708.510.  WRS further moves the Court to
6  amend the previously registered judgment with an amended judgment
7  entered in District Court for the Western District of Pennsylvania.

8       This motion is based upon this notice, the memorandum of points and
9  authorities, the declaration of Thomas Reilly and John D. Ott, the exhibits
10  thereto, the court file, all documents judicially noticed and any and all oral
11  argument as allowed at the hearing.

12       This motion is made following the attempt at conference of counsel
13  pursuant to L.R. 7-3.  The conference did not resolve the issue.

14

15                             Respectfully submitted,

16                             THE LAW OFFICE OF JOHN D. OTT, A
                           PROFESSIONAL CORPORATION

17

18  DATED: March ⅘, 2010         By:_____
                              JOHN D. OTT

19                                Counsel for Judgment Creditor,
                              WRS, Inc.

20

21

22

23

24

25

26

27

28

1       ## MEMORANDUM OF POINTS AND AUTHORITIES

2       ## I.      SUMMARY OF FACTS

3       WRS received a judgment against Charles R. Band, Amazing Fantasy
4       Entertainment, Inc. and Full Moon Entertainment in April 1999 in the District
5       Court for the Western District of Pennsylvania.  The judgment was
6       registered in the District Court for the Central District of California on
7       September 20, 1999 in the amount of $276,937.98.  The judgment was to
8       accrue interest at the rate of 4.732% pursuant to 28 U.S.C. Section 1961
9       from and after April 5, 1999.  WRS was further entitled to additional costs
10      and attorney's fees incurred in executing on the judgment.[1]  Pursuant to
11      subsequent motion in the Western District of Pennsylvania for attorney's
12      fees and to quantify the current amount of the judgment, the judgment as of
13      October 13, 2006 was increased to $408,391.26 plus interest at the rate of
14      4.732% on the sum of $308,005.62 from October 13, 2006 (attorney's fees
15      to be added) [Exhibit 1.]

16      Band has not paid any amounts on the judgment. On May 18, 2006,
17      Band's testimony was taken in a judgment debtor examination in
18      Pennsylvania.  In the examination, Band testified that he owned a castle in
19      Italy called Castello Di Giove. [Exhibit 2]  By motion to the Western District
20      of Pennsylvania for supplemental relief in aid of execution of judgment
21      [Exhibit 3], the Western District ordered that Band was enjoined from
22      transferring, disposing or further encumbering Castello Di Giove without an
23      order of the Court. [Exhibit 4.]

24      According to its website, Castello Di Giove, the Castle is available for
25      lease for $18,000 per week. [Exhibit 5.] Its website also identifies that the
26      contact persons concerning the property are "John@arichgroup" and

27      _____

28      [1]Red Planet, Inc. was added as a judgment debtor by order of this Court.

1  "mcharlesworth@kw.com", realtors and property managers in southern

2  California. [Exhibit 5.] The website named "arichgroup" continues to offer

3  Castello Di Giove for sale on its website. [Exhibit 6.] Monika Charlesworth is

4  listing Castello Di Giove on her website as well. [Exhibit 7.]

5  **II.    ARGUMENT**

6  **A.    WRS Is Entitled to an Assignment Order**

7  Rule 69 of the Federal Rules of Civil Procedure provides that

8  execution of a money judgment must be in accord with the state law of the

9  state where the court is located.  California Code of Civil Procedure Section

10  708.510(a) provides in pertinent part that,

11  "Except as otherwise provided by law, upon application of the
   judgment creditor on noticed motion, the court may order the
12  judgment debtor to assign to the judgment creditor . . . all or part
   of a right to payment due or to become due, whether or not the
13  right is conditioned on future developments, including but not
   limited to the following types of payments:
14  (1) Wages due from the federal government that are not subject
   to withholding under an earnings withholding order. (2) Rents.
15  (3) Commissions. (4) Royalties. (5) Payments due from a patent
   or copyright.
16  (6) Insurance policy loan value."

17  Here, WRS is a judgment creditor and is owed well over $400,000.  The

18  judgment was entered over 10 years ago.  The judgment debtors have

19  made no attempt to pay the judgment.  WRS is entitled to an assignment

20  order over any amounts to be paid to Judgment Debtor for rents, leases,

21  sales, or other rights to payment arising out of the use of Castello Di Giove.

22  In determining whether to order an assignment, "the court may take

23  into consideration all relevant factors, including the following: (1) The

24  reasonable requirements of a judgment debtor who is a natural person and

25  of persons supported in whole or in part by the judgment debtor. (2)

26  Payments the judgment debtor is required to make or that are deducted in

27  satisfaction of other judgments and wage assignments, including earnings

28  assignment orders for support. (3) The amount remaining due on the money

1  judgment. (4) The amount being or to be received in satisfaction of the right
2  to payment that may be assigned.

3      Here, the judgment has been outstanding for over 10 years.  The
4  judgment debtor has made no attempt to pay any money under the
5  judgment.  The last published rental value of the Castle is $18,000 per
6  week, an amounts which, if paid would begin reduce the judgment.  WRS is
7  unaware of any other assignments or support obligations.  When the
8  judgment debtor was last examined, he did not identify any required court
9  mandated payments.  WRS is entitled to an assignment order.

10     **B.     The Registered Judgment Should Be Amended.**

11     WRS also seeks to amend the registered judgment so that it reflects
12  the additions to the judgment entered in the District Court for the Western
13  District of Pennsylvania.  As set forth in Exhibit 1, the judgment as of
14  October 13, 2006 was increased to $408,391.26 plus interest at the rate of
15  4.732% on the sum of $308,005.62 from October 13, 2006 (attorney's fees
16  to be added)

17  **III.    CONCLUSION**

18     Based on the foregoing reasons, the judgment should be amended to
19  reflect the new attorney's fees and costs and the assignent order must be
20  issued.

21                          Respectfully submitted,

22                          THE LAW OFFICE OF JOHN D. OTT, A
                            PROFESSIONAL CORPORATION
23

24  DATED: March ⌐, 2010        By:
                                    JOHN D. OTT
25                                  Counsel for Judgment Creditor,
                                    WRS, Inc.
26

27

28

5

# DECLARATION OF JOHN D. OTT

1

DECLARATION OF JOHN D. OTT

2

I, JOHN D. OTT, declare as follows:

3      1.     I am an attorney with the Law Office of John D. Ott, a
4  Professional Corporation, counsel for WRS. I know the following facts to be
5  true of my own personal knowledge and, if called as a witness, could and
6  would competently testify with respect thereto.

7      2.     I was counsel of record for WRS when the judgment in this
8  matter was initially registered in the Central District. Since that time, the
9  judgment was amended in the Western District of Pennsylvania. Attached
10 hereto as Exhibit 1 is a true and correct copy of the amended judgment as
11 of October 13, 2006 which increased the judgment to $408,391.26 plus
12 interest at the rate of 4.732% on the sum of $308,005.62 from October 13,
13 2006. Exhibit 1 was pulled directly from Pacer from the docket for this case
14 from the Western District of Pennsylvania. WRS requests judicial notice of
15 Exhibit 1.

16     3.     Thomas Reilly is local counsel in Pennsylvania for WRS. He
17 took the deposition of Charles R. Bank pursuant to court order. I have
18 received from Thomas Reilly the deposition transcript of Charles Band taken
19 on May 18, 2006. Attached here to as Exhibit 2 are true and correct copies
20 of excerpts of the transcript.

21     4.     WRS moved in the Western District of Pennsylvania for
22 supplemental relief in aid of execution of judgment for an order enjoining
23 Band from transferring Castello Di Giove on September 27, 2006. Attached
24 hereto as Exhibit 3 is a true and correct copy of the motion which I pulled
25 Pacer from the docket for this case from the Western District of
26 Pennsylvania.   WRS requests judicial notice of Exhibit 3.

27     5.     On October 26, 2006, the Court in the Western District of
28 Pennsylvania ordered that Band be enjoined from transferring, disposing or

1  further encumbering Castello Di Giove without an order of the Court.

2  Attached here to as Exhibit 4 is a true and correct copy of the order which I

3  pulled Pacer from the docket for this case from the Western District of

4  Pennsylvania.   WRS requests judicial notice of Exhibit 4.

5      6.      I performed an internet search for Castello Di Giove.  According

6  to its website, Castello Di Giove, the Castle is available for lease for

7  $18,000 per week.  Attached here as Exhibit 5 are true and correct copies of

8  the pages of the website.  Its website also identifies that the contact persons

9  concerning the property are "John@arichgroup" and

10  "mcharlesworth@kw.com", realtors and property managers in California.

11     7.      I performed internet searches for the persons identified on the

12  Castello Di Giove website.  I located the website named "arichgroup" and

13  they continue to offer Castello Di Giove for sale on its website.  Attached

14  hereto as Exhibit 6 are true and correct copies of pages from the website.  I

15  also located the website for Monika Charlesworth, who is also listing

16  Castello Di Giove on her website.  Attached hereto as Exhibit 7 are true and

17  correct copies of pages from her website.

18     8.      On January 20, 2010, I wrote the letter, a copy which is attached

19  as Exhibit 8 to Mark Rosenbaum, who I have communicated with in the past

20  as the representative for Mr. Band.  After receiving no response, I spoke

21  with Mr. Rosenbaum on March 12, 2009 to discuss the issues.  I was

22  advised to file the motion.

23     I declare under penalty of perjury under the laws of the United States

24  of America that the foregoing is true and correct.

25     Executed this  ⟨ day of March, 2010, at Santa Ana, California.

26

27



28     JOHN D. OTT

7

# DECLARATION OF THOMAS REILLY

DECLARATION OF THOMAS REILLY

I, THOMAS REILLY, declare as follows:

1.    I am an attorney in Pittsburgh, Pennsylvania and am counsel for WRS. I know the following facts to be true of my own personal knowledge and, if called as a witness, could and would competently testify with respect thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the amended judgment as of October 13, 2006 which increased the judgment to $408,391.26 plus interest at the rate of 4.732% on the sum of $308,005.62 from October 13, 2006.

3.    I took the deposition of Charles R. Banк pursuant to court order. Attached here to as Exhibit 2 are true and correct copies of excerpts of the transcript.

4.    On behalf of WRS, Imoved in the Western District of Pennsylvania for supplemental relief in aid of execution of judgment for an order enjoining Band from transferring Castello Di Giove on September 27, 2006. Attached hereto as Exhibit 3 is a true and correct copy of the motion.

5.    On October 26, 2006, the Court in the Western District of Pennsylvania ordered that Band be enjoined from transferring, disposing or further encumbering Castello Di Giove without an order of the Court. Attached here to as Exhibit 4 is a true and correct copy of the order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17 day of December, 2009 at Pittsburgh, Pennsylvania.

_____
THOMAS REILLY

8

# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WRS, INC.,

          Plaintiff,                    99cv0048

     v.                            **ELECTRONICALLY FILED**

AMAZING FANTASY, ET AL.,

          Defendants.

### **Order of Court**

Pending before this Court is plaintiff's motion for attorney's fees and to quantify the current amount of the judgment (doc. no. 34). On 10/16/06, via text order, this Court ordered a response to said motion on or before 10/20/06. Since no response was received, on 10/23/06, this Court (via deputy clerk) sent an email to defense counsel, indicating that a response was required to the pending motion. On 10/24/06, defendant filed a response indicating that defendant does not object to the requested attorney's fees (doc. no. 36).

Accordingly, it appearing to the Court that plaintiff has engaged in efforts to execute on the judgment entered in this matter, as anticipated by the Order of July 25, 1999, entered by the Honorable Donald C. Lee; and further, that the Court having reviewed the time and the billing records of plaintiff's counsel and finds that the time spent and the hourly rate of $175 to $200 to be reasonable, it is hereby ORDERED that an award of additional counsel fees be added to the amount of the judgment in this matter in favor of plaintiff, in the sum of $31,067.64; that the amount be added to the principal amount of the judgment of $276,937.98; and that the interest accrued since April 5, 1999 shall be and is hereby determined to be the sum of $100,385.64, such that the total owed on the judgment, plus interest, as of October 13, 2006, is the sum of $408,391.26, plus interest at the rate of 4.732% on the sum of $308,005.62 from October 13,

2006, with additional counsel fees to be added (upon supplemental motion) as additional

execution proceedings are instituted to enforce the judgment.  Plaintiff's motion for attorney's

fees and to quantify the current amount of the judgment (doc. no. 34) is GRANTED.


SO ORDERED this 25th day of October, 2006.


s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:     All counsel of record

# EXHIBIT "2"

Case 2:00-cv-00267-AHS-JDE  Document 42  Filed 08/05/10  Page 15 of 49  Page ID #:21

WRS vs. Amazing Fantasy Entertainment  Multi-Page  Charles Robert Band

No. 99-48                                                          May 18, 2006

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


- - -


WRS, INC.,                        )
                                  )
            Plaintiff,            )  Civil Action
                                  )
      vs.                         )  No. 99-48
                                  )
AMAZING FANTASY ENTERTAINMENT,)
INC., FULL MOON ENTERTAINMENT,)
INC., AND CHARLES R. BAND,        )
                                  )
            Defendants.           )


- - -


DEPOSITION OF CHARLES ROBERT BAND
THURSDAY, MAY 18, 2006


- - -


        Deposition of CHARLES ROBERT BAND, called as a

witness by the Plaintiff, taken pursuant to Notice of

Deposition and the Federal Rules of Civil Procedure,

by and before Maureen T. McCall, Notary Public in and

for the Commonwealth of Pennsylvania, at the offices

of Thomas Reilly, 2025 Greentree Road, Pittsburgh,

Pennsylvania 15220, commencing at 9:02 a.m.. on the

day and date above set forth.


- - -

Page 2

1  APPEARANCES:
2  On behalf of the Plaintiff:
3      Thomas E. Reilly, Esquire
        2025 Greentree Road
4       Pittsburgh, Pennsylvania  15220
5  On behalf of the Defendants:
6      Joseph Fieschko, Esquire
        Suite 2230, Koppers Building
7       Pittsburgh, Pennsylvania  15219
8  Also present:
9      Jack Napor
10                    - - -
11                   INDEX
12 WITNESS:                        PAGE:
13 CHARLES ROBERT BAND
14    Examination by Reilly               3
15                    - - -
16
17
18
19
20
21
22
23

Page 3

1          PROCEEDINGS
2               - - -
3          CHARLES ROBERT BAND
4  called as a witness by the Plaintiff, having been
5  first duly cautioned and sworn/affirmed as herein-
6  after certified, was deposed and said as follows:
7          EXAMINATION
8  BY MR. REILLY:
9  Q. Can you please state your name for the record.
10 A. Charles Band, B-a-n-d.
11 Q. And do you have a middle initial R.?
12 A. Yes, I do.
13 Q. What's that name?
14 A. Robert.
15 Q. As you know, I'm Tom Reilly. I represent WRS,
16 Inc. in a case where a judgment was entered against
17 Amazing Fantasy Entertainment, Inc. and Full Moon
18 Entertainment, Inc. and Charles R. Band in the United
19 States District Court for the Western Pittsburgh of
20 Pennsylvania, Docket No. 99-48, and the purpose of
21 this deposition is to inquire into the assets of those
22 three Defendants for the purposes of liquidating that
23 judgment.

Page 4

1      I'm going to ask you questions verbally. You
2  have to respond verbally because the court reporter
3  has to take down what you say.
4  A. Sure.
5  Q. A nod of the head and a gesture is ambiguous.
6  If you have any questions about what I'm getting at,
7  if you don't understand the question, say, Tom, I
8  don't understand the question. I want to make sure
9  you do understand when you're responding to me.
10     If you want to take a break, you can say I'd
11 like to take a break, and we will do that.
12 A. Okay.
13 Q. Those are the ground rules. Did you bring any
14 documents with you to this deposition?
15 A. No. There are really no documents left. These
16 companies are both some years ago defunct. So, I
17 mean, right now I'm operating out of an office half
18 the size of this conference room with one assistant.
19 So life is vastly different than it was back in the
20 day.
21 Q. Well, let me ask you this: What's your
22 address?
23 A. 2400 Laurel Canyon Boulevard. That's LA,

Page 5

1  90046.
2  Q. And how long have you lived at that address?
3  A. Approximately five years.
4  Q. Do you own that property?
5  A. No longer. I lost it in a foreclosure last
6  October.
7  Q. And do you pay rent to the entity that does own
8  it?
9  A. No. They've let me stay on. The house is for
10 sale. I keep the property up. I pay DWP, and I've
11 been lucky enough to not be evicted, but I no longer
12 own the property.
13 Q. DWP?
14 A. Department of Water and Power. I maintain the
15 property.
16 Q. And what's the name of the owner of the
17 property now?
18 A. Tom Block, B-l-o-c-k.
19 Q. And did he buy it as a foreclosing creditor, or
20 was he a purchaser at the sale?
21 A. No. Foreclosing creditor. He had lent money,
22 and I wasn't able to pay him, and he foreclosed on the
23 property.

Page 34

1  anything of the nature?
2  A. No.
3  Q. Does Wizard have any savings accounts or
4  investments?
5  A. No.
6  Q. Do you have any savings accounts or
7  investments?
8  A. No.
9  Q. Investments other than the stock that you own
10 in all the companies that don't --
11 A. No.
12 Q. Do you own any savings bonds?
13 A. No.
14 Q. Aside from the various companies that you've
15 started to make films, do you own any stocks or bonds
16 in any corporations?
17 A. No.
18 Q. Aside from the house that you mentioned that
19 you lost in foreclosure, do you own any other real
20 estate?
21 A. No. I own a property in Italy. For lack of a
22 better description, it's a castle, and it's been for
23 the last year for sale. I'm trying to sell it.

Page 35

1  Q. What town?
2  A. It's called Giove. It's out -- G-i-o-v-e.
3  Outside of Rome.
4  Q. And how much is it for sale for in U.S.
5  dollars?
6  A. About $10 million.
7  Q. And is it encumbered?
8  A. Yes.
9  Q. By whom?
10 A. Everyone including Chip Craig. He has his lien
11 on the castle as well.
12 Q. But a sale of the castle would clear up his
13 lien pretty much?
14 A. Correct.
15 Q. How long has it been for sale?
16 A. Almost two years.
17 Q. Have there been any offers?
18 A. No.
19 Q. How old is it?
20 A. About 700 years.
21 Q. Is it in good condition?
22 A. Relative to other 700-year-old castles, it's in
23 pretty good shape.

Page 36

1  Q. Does it need a new roof?
2  A. No, actually it doesn't.
3  Q. Is there a way to access a picture of it? I
4  mean --
5  A. You can go right to the website. C-a-s-t-e-l-
6  l-o-g-i-o-v-e.com.
7  Q. When were you last there?
8  A. About two years ago.
9  Q. Does anyone live there?
10 A. There's a custodial man who lives there so the
11 place doesn't get, whatever the word would be,
12 ransacked. It used to be a functioning place. It's
13 essentially a shell now, an empty shell waiting for a
14 new crazy person to come and purchase it.
15 Q. Aside from the Craig lien, is there a purchase
16 money lien on it or anything?
17 A. There are other liens. There are taxes. I
18 mean, because of my financial situation, worse and
19 worse year by year. There are all sorts of crazy
20 Italian liens on it that probably amount to maybe a
21 million dollars of liens. And then there is still a
22 purchase lien on it. There is about $5 million of
23 liens on the castle between Chip Craig, a bunch of

Page 37

1  stuff that happened over the last four, five years and
2  the original loan. That's an approximate.
3  Q. Who held the original loan?
4  A. Credit Lianse. It's a Dutch bank.
5  Q. When did you acquire it?
6  A. 1986.
7  Q. Do you have any other real estate interests
8  anywhere?
9  A. No.
10 Q. Did you ever have a studio in Romania?
11 A. Yes.
12 Q. When did you have that?
13 A. 19 -- early '90s; '93, '94.
14 Q. And can you describe what happened to that?
15 A. It was originally a cornfield, and we built
16 some sound stages, and there was a little stretch in
17 the '90s where it made sense to make -- made sense to
18 make some of my movies off shore, and then that
19 changed as the business deteriorated, and I had
20 partners, and eventually the partners became the
21 owners. It was all many, many years ago. I have no
22 interest in the studio.
23 Q. Who were the partners?

Page 78

```
 1              C E R T I F I C A T E

 2   COMMONWEALTH OF PENNSYLVANIA    :
                                     :  SS.:
 3   COUNTY OF ALLEGHENY             :

 4         I, Maureen T. McCall, a Notary Public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that before me personally appeared CHARLES
     ROBERT BAND, a Defendant herein, who then was by me
 6   first duly cautioned and sworn to testify the truth,
     the whole truth and nothing but the truth in the
 7   taking of his oral deposition in the cause aforesaid;
     that the testimony then given by him as above set
 8   forth was reduced to stenotypy by me, in the presence
     of said witness, and afterwards transcribed by
 9   computer-aided transcription under my direction.

10         I do further certify that this deposition was
     taken at the time and place specified in the foregoing
11   caption, and was completed without adjournment and
     signature was waived.
12
           I do further certify that I am not a relative
13   of or counsel or attorney for any party hereto, nor am
     I otherwise interested in the event of this action.
14
           IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my seal of office at Pittsburgh,
     Pennsylvania, on this 14th day of June, 2006.
16
           The foregoing certification does not apply to
17   any reproduction of this transcript in any respect
     unless under the direct control and/or direction of
18   the certifying reporter.

19

20
           Maureen T. McCall, Notary Public
21         in and for the Commonwealth of
           Pennsylvania
22

23   My commission expires November 14, 2007.
```

2

14

# EXHIBIT "3"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WRS, INC.

     Plaintiff                      No. 99-48

        vs.

AMAZING FANTASY ENTERTAINMENT, INC.,
FULL MOON ENTERTAINMENT, INC. AND
CHARLES R. BAND

     Defendants

## PETITION FOR SUPPLEMENTAL RELIEF IN AID OF EXECUTION PURSUANT TO F.R.C.P. 69 and Pa.R.C.P. 3118

AND NOW comes Plaintiff, WRS, Inc., by and through its counsel, Thomas E. Reilly, P.C., with the following Petition for Supplemental Relief in Aid of Execution:

1.    Plaintiff and Movant is the judgment creditor of the named Defendants on the Judgment entered in this matter in 1999.

2.    Since the entry of the Judgment, Plaintiff has been unable to collect the Judgment despite efforts principally conducted in California and more recently undertaken in Pennsylvania.

3.    Pursuant to representations made to Magistrate Judge Robert C. Mitchell on March 10, 2006, the Defendant, Charles Band, was to produce records requested, answer Interrogatories and to appear for a Deposition for discovery of assets in aid of execution.

4.    On May 18, 2006, Charles Band appeared at the Offices of Thomas E. Reilly, P.C. and was deposed for discovery of assets in aid of execution.

5.    During the Deposition, Charles Band disclosed his ownership of a property in Giove, Italy, known as Castello di Giove, which he owns and was attempting

to sell for a price of approximately €10,000,000.00. A copy of the transcript of the Deposition where Band refers to the Castello di Giove is attached hereto as Exhibit "A" and made a part hereof.

6.     To the best of Plaintiff's information, the property is listed with Randy Soakian for sale for $12,800,000.00. A copy of the online listing is attached hereto as Exhibit "B" and made a part hereof.

7.     Based upon the testimony of Charles Band in his Deposition, the equity in the Castello di Giove constitutes the only significant asset of Defendant, Charles Band, and the only reasonable means by which the Judgment entered in the above matter may be satisfied.

8.     F.R.C.P. 69 provides supplemental relief in aid of execution as is provided by the State Court in which the district is located.

9.     Pa.R.C.P. 3118 provides that upon Petition and after notice of hearing, the Court, in which Judgment has been entered, may before or after issuance of Writ of Execution, enter an Order against any person or party enjoining the transfer, removal, conveyance, assignment or other disposition of property of the Defendant subject to execution.

10.     Plaintiff has previously engaged in efforts to execute the Judgment, most recently in October of 2005 and desires to maintain the status quo with respect to the Defendant's equity in the Castello di Giove to permit the opportunity to encumber and to execute against that property.

11.     Plaintiff submits that enjoining the Defendant from transferring or otherwise encumbering the Castello di Giove pending execution proceedings by the

Plaintiff would maintain a status quo and is a proper exercise of the authority granted to the District Court pursuant to F.R.C.P. 69 and Pa.R.C.P. 3118.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order enjoining the Defendant, Charles R. Band, from transferring or otherwise encumbering the property known as Castello di Giove located in the Village of Giove as more fully described in the web page referred to by Charles R. Band in his Deposition. A copy of the web page is attached as Exhibit "C" to Plaintiff's Motion.

Respectfully submitted,

THOMAS E. REILLY, P.C.

BY:     /s/ Thomas E. Reilly
        Thomas E. Reilly, Esquire
        Firm I.D. #511
        2025 Greentree Road
        Pittsburgh, PA  15220
        (412) 341-1600

3

17

## CERTIFICATE OF SERVICE

I, Thomas E. Reilly, Esquire, hereby certify that a true and correct copy of the Petition for Supplemental Relief in Aid of Execution Pursuant to F.R.C.P. 69 and Pa.R.C.P. 3118 was served by first-class mail, postage pre-paid on the _27th__ day of September__, 2006 to the following:

Joseph E. Fieschko, Jr., Esquire
2230 Koppers Building
Pittsburgh, PA 15219


THOMAS E. REILLY, P.C.


BY:   ___/s/ Thomas E. Reilly_____
Thomas E. Reilly, Esquire
Pa. I.D. #25832
2025 Greentree Road
Pittsburgh, PA 15220
(412) 341-1600

3
18

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WRS, INC.

     Plaintiff                            No. 99-48

         vs.

AMAZING FANTASY ENTERTAINMENT, INC.,
FULL MOON ENTERTAINMENT, INC. AND
CHARLES R. BAND

     Defendants

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2006, upon the

Petition of Plaintiff, it appearing to the Court that the Defendant has disclosed his ownership of a

parcel of real estate located in Giove, Italy known as Castello di Giove, which is more fully

described in a copy of the web page referred to by the Defendant, Charles R. Band, in his

Deposition for discovery of assets in aid of execution and appearing based upon his testimony

that in the Deposition that the equity in the property represent the sole asset from which the

Judgment of Plaintiff may be satisfied, it is hereby ORDERED, ADJUDGED and DECREED

that the Defendant, Charles R. Band, shall be and is hereby enjoined from transferring, disposing

or otherwise further encumbering the property known as Castello di Giove until further Order of

this Court.

BY THE COURT:

_____
                                             J.

3
19

Page 34

1 anything of the nature?
2 A. No.
3 Q. Does Wizard have any savings accounts or
4 investments?
5 A. No.
6 Q. Do you have any savings accounts or
7 investments?
8 A. No.
9 Q. Investments other than the stock that you own
10 in all the companies that don't --
11 A. No.
12 Q. Do you own any savings bonds?
13 A. No.
14 Q. Aside from the various companies that you've
15 started to make films, do you own any stocks or bonds
16 in any corporations?
17 A. No.
18 Q. Aside from the house that you mentioned that
19 you lost in foreclosure, do you own any other real
20 estate?
21 A. No. I own a property in Italy. For lack of a
22 better description, it's a castle, and it's been for
23 the last year for sale. I'm trying to sell it.

Page 35

1 Q. What town?
2 A. It's called Giove. It's out -- G-i-o-v-e.
3 Outside of Rome.
4 Q. And how much is it for sale for in U.S.
5 dollars?
6 A. About $10 million.
7 Q. And is it encumbered?
8 A. Yes.
9 Q. By whom?
10 A. Everyone including Chip Craig. He has his lien
11 on the castle as well.
12 Q. But a sale of the castle would clear up his
13 lien pretty much?
14 A. Correct.
15 Q. How long has it been for sale?
16 A. Almost two years.
17 Q. Have there been any offers?
18 A. No.
19 Q. How old is it?
20 A. About 700 years.
21 Q. Is it in good condition?
22 A. Relative to other 700-year-old castles, it's in
23 pretty good shape.

Page 36

1 Q. Does it need a new roof?
2 A. No, actually it doesn't.
3 Q. Is there a way to access a picture of it? I
4 mean --
5 A. You can go right to the website. C-a-s-t-e-l-
6 l-o-g-i-o-v-e.com.
7 Q. When were you last there?
8 A. About two years ago.
9 Q. Does anyone live there?
10 A. There's a custodial man who lives there so the
11 place doesn't get, whatever the word would be,
12 ransacked. It used to be a functioning place. It's
13 essentially a shell now, an empty shell waiting for a
14 new crazy person to come and purchase it.
15 Q. Aside from the Craig lien, is there a purchase
16 money lien on it or anything?
17 A. There are other liens. There are taxes. I
18 mean, because of my financial situation, worse and
19 worse year by year. There are all sorts of crazy
20 Italian liens on it that probably amount to maybe a
21 million dollars of liens. And then there is still a
22 purchase lien on it. There is about $5 million of
23 liens on the castle between Chip Craig, a bunch of

Page 37

1 stuff that happened over the last four, five years and
2 the original loan. That's an approximate.
3 Q. Who held the original loan?
4 A. Credit Lianse. It's a Dutch bank.
5 Q. When did you acquire it?
6 A. 1986.
7 Q. Do you have any other real estate interests
8 anywhere?
9 A. No.
10 Q. Did you ever have a studio in Romania?
11 A. Yes.
12 Q. When did you have that?
13 A. 19 -- early '90s; '93, '94.
14 Q. And can you describe what happened to that?
15 A. It was originally a cornfield, and we built
16 some sound stages, and there was a little stretch in
17 the '90s where it made sense to make -- made sense to
18 make some of my movies off shore, and then that
19 changed as the business deteriorated, and I had
20 some partners, and eventually the partners became the
21 owners. It was all many, many years ago. I have no
22 interest in the studio.
23 Q. Who were the partners?



EXHIBIT

3
20

# Luxury Home & Estates

**Beverly**

AN ONLINE LIFESTYLE PUB

HOME | REAL ESTATE | FASH

## Search



**$12,800,000**

**A Premiere Architectural Estate**
13th Century Castello di Giove
Florence/Rome, Italy - Ot

Type:Single Family   Bedrm:0   Bath:0   Sq.Ft:

Previews International
Randy Solakian
805-565-2208



**$12,500,000**

**Dramtaic Montecito Contemporary**
Panoramic Views - 3 Acres
Montecito - CA

Type:Single Family   Bedrm:5   Bath:7   Sq.Ft:

Previews International
Randy Solakian
805-565-2208



**$10,900,000**

**Custom Artistic Contemporary**
Mexican Rustic
Montecito - CA

Type:Single Family   Bedrm:4   Bath:6   Sq.Ft:

Previews International
Randy Solakian
805-565-2208



**$7,582,497**

**Premiere French Chateau**
Garonne Valley
Southwest France - Ot

Type:Single Family   Bedrm:0   Bath:0   Sq.Ft:

Previews International
Randy Solakian
805-565-2208



**$4,150,000**

**Architectural Masterpiece**
Panoramic Views
Santa Barbara - CA

Type:Single Family   Bedrm:2   Bath:2   Sq.Ft:4200

Previews International
Randy Solakian
805-565-2208



**$3,550,000**

**Romantic Rincon Point**
Beach Lovers' Paradise
Carpinteria - CA

Type:Single Family   Bedrm:3   Bath:3   Sq.Ft:

Previews International
Randy Solakian
805-565-2208

3
21



EXHIBIT

BeverlyHillsPeople.Com



**One Mediterranean Style Estate on One Acre**
School House Road
Montecito - CA

Type:Single Family  Bedrm:5  Bath:4  Sq.Ft:

**Previews International**
Randy Solakian
805-565-2208

$3,400,000

**Island Contemporary**
Toro Canyon Road
Montecito -

Type:Single Family  Bedrm:2  Bath:2  Sq.Ft:

**Previews International**
Randy Solakian
805-565-2208

$2,695,000

**Impeccable California Contemporaray**
Unobstructed Panoramic Views
Summerland - CA

Type:Single Family  Bedrm:3  Bath:3  Sq.Ft:

**Previews International**
Randy Solakian
805-565-2208

$1,750,000

| | |
|---|---|
| State: | Any |
| City: | Any |
| Minimum: | 0 |
| Maximum: | No Limit |
| Property Type: | Any |
| Number of Bedrooms: | Show All |
| Number of Bathrooms: | Show All |
| Search | |

BeverlyHillsPeople.com copyright 2006

3

22



YOUR ACCOUNT     HO:
| english |       |

Bo·

S:
· ·

E.
· · ·

» » » Castle of Giove

CASTLE OF GIOVE
Historical and artistic information



Built on a high rocky hill, the **castle** is the large visible fulcrum of the small
village of **Giove**, so called for the presence already during the pre-roman era of a
dedicated to the father of the gods.

Numerous archaeological rests discovered on the communal territory (tombs,
buildings, coins, etc.) and the ruins of the fluvial port of San Valentino on the
testify of the antiquity, as well as the wealth of the settlement that gave birt
medieval village. The first historic references about the castle, originally called "·
Juvo", are dating back to 1191. In its secular history, the medieval part of the ca
been enriched by precious architectonic interventions that have contributed to c
actual lofty aspect. Terraces, courtyards, rooms and secret passages still to disc·
the articulated structure made of five floors illuminated by 365 windows, one
day of the year. Exceptional painted works on mythological themes made by m·
the 16th century such as Domenichino and Paolo Veronese, testify nowaday
importance and prestige of the families that have lived in the castle throug·
centuries. During all the middle Ages the castle and the village, for their ·
importance, have been the theatre of hard fights between the most important co
and families of the area. During the 14th century it is subdued by Amelia, by Na
by the signor di Baschi and at the end by the Tuscan cardinal Giovanni Or·
besieged it and took it. Pope Giovanni XXII intervened taking back the ca
imprisoning the cardinal Orsini in Amelia. During the 15th century Giove fall
hands of the Anguillara family, first allied and then enemy of the Pope. Paolo II



3

23

in 1465, conquered the castle again and put it directly under the rule of Rome Borgia, in 1503, dismantled all the defensive works of the fortress. In 1545 Farnese, Duke of Castro and Ronciglione, ruled the stronghold of Giove thre daughter Contarina Farnese. At the beginning of the 20th century the castle wa: the Ricciardi family and therefore went to the general of Robilant and at the end to the Conti Acquarone, to who it was purchased in the 80's by the actual owner.

Bella Umbria thanks Ms. Annamaria Calderaro for the realization of this article.

3

24

# EXHIBIT "4"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WRS, INC.,

              Plaintiff,                             99cv0048

      v.                                      **ELECTRONICALLY FILED**

AMAZING FANTASY, ET AL.,

              Defendants.

### Order of Court

       Pending before this Court is plaintiff's motion for supplemental relief in aid of execution

(doc. no. 31).  On 9/27/06, via text order, this Court ordered a response to said motion on or

before 10/6/06, and plaintiff filed a certificate of service on 9/29/06 evidencing that a copy of

said order was served by first class mail on counsel for defendant.  However, to date, no response

has been filed.  Accordingly, it appearing to the Court that defendant has disclosed his ownership

of a parcel of real estate located in Giove, Italy known as Castello di Giove, which is more fully

described in a copy of the web page referred to by defendant, Charles Band, in his deposition for

discovery of assets in aid of execution and appearing based upon his testimony that in the

deposition that the equity in the property represent the sole asset from which the judgment of

plaintiff may be satisfied, pursuant to Fed. R. Civ. P. 69 and Pa. R.C.P. 3118, it is hereby

ORDERED that defendant, Charles Band, is hereby enjoined from transferring, disposing or

otherwise further encumbering the property known as Castello di Giove until further Order of

this Court.

                                    SO ORDERED this 12th day of October, 2006.

                                      s/Arthur J. Schwab_____
                                      Arthur J. Schwab
                                      United States District Judge

cc:    All counsel of record

# EXHIBIT "5"



HOME | INTRODUCTION | AMENITIES | SERVICES | HISTORY | TOUR | CONTACT

## Contact

We welcome any questions that you may have about **Castello di Giove**.

Please direct any and all questions that you may have about **Castello di Giove** to:

**john@arichgroup.com**

**mcharlesworth@kw.com**.

© 2007 castellodigiove.com. All rights reserved.

5

26



HOME | INTRODUCTION | AMENITIES | SERVICES | HISTORY | CONTACT

## *Welcome to Castello di Giove...*

The enchanting place for weddings, family reunions or a fantastic gathering of friends...bring them all for an experience of a life time.

Here's a quick breakdown of the features of this site:

**INTRODUCTION-**
A brief run down of the castle and the city it calls home

**AMENITIES-**
Here you will find a more detailed breakdown of the castle and what it has to offer you

**SERVICES-**
The services that the castle provides as well as other services that are avaialbe

**HISTORY-**
Read about the legend of the castle and it's history

**TOUR-**
Take a tour of the castle! Pictures of it's rooms, the grounds and other accomodations

**CONTACT-**
Go here to request information or to contact us with any questions you may have



© 2007 castellodigiove.com. All rights reserved.

5

27



**HOME | INTRODUCTION | AMENITIES | SERVICES | HISTORY | TOUR | CONTACT**

## *Introduction*



High atop a hill in Umbria sits the majestic 13th century Castello di Giove. With Florence to the north, and Rome to the south, the castle has always enjoyed a strategic position in the history and politics of the region.

Umbria is considered "the heart of Italy" and is a land of over one hundred medieval towns. The township of Giove is one of these. Situated above the A-1 Autostrada, which serves as the main artery between Rome and Florence, this restored landmark sits waiting to host its visitors in medieval atmosphere and modern luxury.

With a train station at the bottom of the hill in the city of Attligliano, all destinations are easily accessible. The fantastic cities of Orvieto, Spoleto, Perugia, as well as the ceramic capitol, Deruta and the treasures of Rome and Florence are all close enough for day adventures. If you prefer to explore closer to home, the famous Monster Park at Bomarzo and the hidden medieval hilltop metropolis of Amelia are a stone's throw away.

For those who desire true relaxation, there is no need to travel beyond the Castle properties: swim in the pool by the ruins of a 15th century millâ€¦with only the sounds of birds and the trickling stream to listen toâ€¦â€¦stroll through the fruit orchard, wander through the almost 200 rooms of the castle, especially the fresco rooms; Relax by the fire in the music room and listen to rock and roll, or a symphony; sip cappuccino by the fountain in the vine covered courtyard by the ancient well; or challenge your friends to a game of billiards in the armory; feast on meals prepared for you by our chef, with fresh ingredients grown on the castle farm. To top it off, toast the day from the Grand Terrace with incredible wine from the regions while watching the sun set over Tuscany.

Whatever your wish, Castello di Giove exists to turn your dream into an enchanted reality...

© 2007 castellodigiove.com. All rights reserved.

5

28



# Castello Di Giove

HOME | INTRODUCTION | AMENITIES | SERVICES | HISTORY | TOUR | CONTACT

## *Amenities*

**First Level:**
The two story high grand entrance doors open from the main street of Giove to the Entrance Hall. As the giant angel fountain welcomes you, follow the cobblestone road which spirals upward, until you find yourself on the huge sunny terrace.



**Terrace Level:**
The terrace, about the size of a tennis court, is furnished with lush outdoor furniture, specially designed for the castle, and has panoramic views over the valley and towards Tuscany. Through the marble arches of the terrace, you will enter the grand hall where six of the bedrooms are located. Starting from the town end of the hall, there is a suite with bedroom, living room with fireplace and private bathroom. Next to this is a row of three large and sunny bedrooms that share two bathrooms across the hall. Then a bedroom with the castle's largest bed, a "double double" with its bathroom directly across the hall. We end the hallway with another suite with a private bathroom. All bedrooms are furnished with antiques and all bathrooms have deluxe claw foot tubs with hand showers, as well as bidets.



Also off the terrace, and part of this hall is a card room complete with castle poker chips.

Returning to the terrace, a portico leads to an interior ivy covered courtyard with a medieval well. This also is furnished with charming outdoor furniture, and a fountain flows out of the wall and into an ancient marble tub. A few steps lead to the armory, which has been turned into a large dining room with a huge fireplace and views. Connecting to the armory is the billiard room, where a gorgeous antique billiard table is found, a comfy seating area and a bar at the far end for drinks, or café. There is also a large fireplace, a half bath and a stereo room. These two rooms, with their arched stone ceilings are truly magnificent.

Also located off of this courtyard is the castle kitchen, and the courtesy guest kitchen nearby, with refrigerator, microwave and table.

**Second Level:**
From the courtyard, marble stairs lead to a vestibule with fireplace and a door that opens onto a balcony overlooking the courtyard. Off the vestibule, you enter the formal dining hall. This room has a large fireplace, and windows with valley views, and doors that also lead to the terrace. Its long table can seat 40 people. Off of this room, you enter another vestibule that has a half bathroom, and serves as the entry way for the other bedrooms. The master suite on this floor has a fireplace and a large elegant bathroom. Next to it are two more bedrooms, one has the famous "golden bed" and a fireplace. The bedroom next door is cozier, but gorgeous, and these rooms share a "Jack and Jill" type large bathroom complete with claw foot tub, hand shower, toilet and bidet. Down a small hall is a little room with two single beds and a small fireplace which is referred to as the "little boys room" because of it's unique half bathroom which consists of a sink and low pissoir. All ceilings are at least 15' high and dark open beam, with some intricate wood work.





Returning again to the vestibule at the top of the marble stairs, we follow another direction into a huge living room, known as the music room because of its unique acoustics and great stereo. This room is elegantly furnished, and has a large fireplace and doors that open onto a beautiful large balcony that overlooks the valley. Down a few stairs is a half bathroom. Off of the music room is the grand ballroom. A huge room with 50' ceilings, the main feature is the majestic fireplace that consists of two 6' marble women staring into the future. In another direction off of the music room is the study, replete with antique desk, and hung with tapestries, and has phone, fax machine and internet accessibility. Past the study are the fresco rooms - two are unfurnished, but have incredible frescoed ceilings dating back to the renaissance.

5
29

The armory, billiard room and upstairs rooms have central heating. Rooms off of the main terrace are electrically heated, which makes the castle ideal for visiting any time of year. Yet during winter months, the aroma, glow and comforting warmth of roaring fires throughout the castle add a sense of magic to its ever present majesty.

While Staying at Castello di Giove is easily summed up as the experience of a lifetime, anyone whose personal mobility is limited may find its various steps and ramps difficult to negotiate.





**The Pool:**
The heated pool is located in a private valley?five minutes by car, or a beautiful 15 minute walk through the country. It has a large shallow end - ideal for children. There are padded chaise lounges, canvas pool chairs, a large table with chairs and umbrella. A 15th century mill sits at one end, with a bathroom/changing room with shower restored inside. There is nothing better than spending the day in this peaceful atmosphere with a picnic lunch prepared by our staff.

© 2007 castellodigiove.com. All rights reserved.

5

30



**HOME | INTRODUCTION | AMENITIES | SERVICES | HISTORY | TOUR | CONTACT**

## *Services*

Continental breakfast and maid services are included.

For meals al fresco, or in the dining rooms, a cook and waiter can easily be arranged at a per head cost. We would be most happy to arrange menus beforehand. Since the only kitchen facilities available to guests are a courtesy kitchen with only microwave and refrigerator, we highly suggest working out a menu with our chef.

- We can also arrange and cater any sized party.
- Less formal buffet meals can also be arranged.
- Picnic lunches poolside are also available.
- A Pizza man can come and make pizzas - quite a delight! - in the castle's medieval pizza oven.
- Firewood can be purchased and is payable locally.
- Laundry service can be arranged and is payable locally.
- Telephone and Internet are charged by the minute and payable locally.

Cost for one week: **$18,000.00 USD**

© 2007 castellodigiove.com. All rights reserved.

5

31



HOME | INTRODUCTION | AMENITIES | SERVICES | HISTORY | TOUR | CONTACT

## *History*



Legend has it that the castle actually sits upon an ancient temple of Jupiter, which translates to "Giove" in Italian. The castle dominates the small city, and its main doors actually open up to the main street. There is a wonderful bar, with perhaps the best gelato in all of Italy directly across the street. A beautiful Catholic church sits at the foot of the castle. You can wander down the Main Street and shop: there are a few clothing stores, a pharmacy, a bank, some grocers, a flower shop, a hardware store, a bakery, and a pizzeria. On the other side of the castle is the medieval village, which is magical to walk through - a trip back in time.

During summer evenings, people gather at the piazza at the end of the main street to enjoy ice cream and live music, and many crafts fairs and wine tastings go on locally.

Since Giove is basically a farming village, walks through the country side into the valley below are delightful. Fields of sheep wander about, clanging their musical bells. Fields of sunflowers follow the sun in summertime, and fields of red poppies flame in the spring. The woods are abuzz with locals after a rain in the winter, on the hunt for porcini mushrooms. There is also a local bus service for visits to neighboring villages.

© 2007 castellodigiove.com. All rights reserved.

5

32

# EXHIBIT "6"



LUXURY HOMES    SHORT SALES    BANK OWNED REO    FREE MARKET ANALYSIS    BUYERS    SELLERS

THE RICH GROUP
*Rich With Results*
KELLER WILLIAMS

| WELCOME | THE TEAM | LISTINGS | SEARCH THE MLS | INVESTORS |
| COMMUNITY | RELOCATION SERVICES | | BUSINESS DIRECTORY | CAREERS |
| COMMERCIAL | FINANCING | PROPERTY MANAGEMENT | | OTHER SERVICES |

**RECENT SALES**

**OPEN HOUSE CALENDAR**

**YOUR HOME**

| Sorted by: | ⦿ Price  ○ Property Type | ⦿ Descending |
|---|---|---|
| | ○ Location  ○ List Date | ○ Ascending |

**Featured Listing(s)**



20441 Hamlin Street,
Winnetka, CA 91306-4252

**Price:** $429,000
**Type:** New - single family

**Landmark Castle in Italy**
Giove, Umbria, Italy                                    **$11,500,000**



Located 80 kilometers North of Rome, approximately 2 hours south of Florence, this private, amazing and one of a kind 13th century Landmark is now offered for sale. Nestled high on a hilltop above the Umbrian countryside on approximately four acres of land with fruit orchards, this stunning offering has 50,000 square feet of splendor and history. Umbria is considered "The Heart of Italy," and is a land of over one hundred medieval towns. Numerous amenities in this rare offering include:
185 rooms
Huge Terrace with magnificent panoramic views over the valley
Frescoes Ceilings
Armory, Billiard Room and Formal Dining Room that seats 40
Spectacular Master Suite and numerous other Bedrooms and Baths.
15 foot high Ceilings and dark Open

**Live Market Trends**

6
33

Get This Week's Local Market Conditions

First Name: [                    ]
Last Name: [                    ]
Email: [                    ]
Phone: [(optional)            ]
I am: [Select            ▼]
[  Next >  ]
Step 1 of 2



View Sample Analysis

Beams with intricate woodwork details
Music Room with unique Acoustics and
a majestic Fireplace
Elegant Grand Ballroom allows seating
for up to 400 people
Pool located by the 15th century mill
and nearby flowing streams

| Type | Square Footage |
|---|---|
| Investment | 50000 |

### Missouri Lake Front Luxury
86 Woodhaven Lane NE, Villages, MO, 65079
United States                              **$3,750,000**



Introducing the most fabulous home
in the villages! Imagine the sound of
gentle streaming water welcoming
you and your guests. This home has
breathtaking views of the main
channel from every window with
exquisite landscaping. The kitchen is
remarkable! Complete with 5
bedrooms, 8 bathrooms, 3 laundry
rooms, 2 full and 2 half kitchens. The
finest travertine, marble, granite,
stone, slate, exotic ebony hardwood,
and knotty adler and featured in this
expansive home.

| Type | Bed | Full Bath | Square Footage |
|---|---|---|---|
| Single-family | 5 | 8 | 7200 |

### The Ultimate in Sophistication and Class
11432 Aqua Vista Street, Studio City, CA, 91604       **$2,299,000**

This brand new Mediterranean
Masterpiece is the ultimate in
sophistication and class.  This
immaculate estate is located in Studio
City along a beautiful tree lined street
making it secluded from the hustle
and bustle yet accessible to

6
34

# EXHIBIT "7"

**Realtors of LA**        **The Group**        **Property Search**

**Listing book**        **New Listings**        **My Office Listings**        **Buying**

**Selling**        **Mortgage Info**        **Home Values**        **Community Info**

**Free Market Report**

7

35

| REQUEST MORE INFO | MORTGAGE CALCULATOR | PRINT THIS PAGE |
|---|---|---|
| TELL A FRIEND | SCHEDULE AN APPOINTMENT | VIEW MAP |

MY LINK TO WWW.CASTELLODIGIOVE

This property is an amazing investment opportunity located between Rome and Florence call for further details.

| Exterior Features | Castello Di Giove dominates a hilltop high above the Umbrian countryside. The castle was erected on a temple of Jupiter and built in the 13th century. |
|---|---|

Realtors of LA    The Group    Property Search    Listing book    **New Listings**
My Office Listings    Buying    Selling    Mortgage Info    Home Values
Community Info    Free Market Report

Realtor

Keith & Monika

The Charlesworth Group  |  info@RealEstateSalesofLA.com
Main:818-632-7753  |  Mobile:818-632-7634

15531 Ventura Blvd Ste 100, Encino / Sherman Oaks, CA 91436

Real Estate Websites powered by TOP PRODUCER®  |  Admin Login  |  Site Map

7
36

# EXHIBIT "8"

LAW OFFICE OF
### JOHN D. OTT
A PROFESSIONAL CORPORATION

550 N. PARKCENTER DR, SUITE 204
SANTA ANA, CALIFORNIA 92705
tel (714) 564-9033  fax  (714) 564-1685
Email Jott@jdolawyers.com

January 20, 2010

<u>**VIA FACSIMILE (310) 479-1422**</u>
Mark J. Rosenbaum
Wolf Rifkin Shapiro Schulman Rabkin LLP
11400 W Olympic Blvd 9FL
Los Angeles, CA 90064-1557

      Re: WRS, Inc. v. Charles Band, et al., CV 06 4966

Dear Mark:

      This letter concerns Charles R. Band and the judgment held against him and his entities by WRS, Inc. I am assuming you still represent him.

      Please be advised that WRS, Inc. will be filing a motion for an order assigning any and all rights, fees and payments to Charles Band concerning Castello Di Giove to WRS, Inc., and to amend the judgment to reflect the current amount due in the above-entitled matter. Judge Stotler's rules require that an attempt be made to meet and confer before filing a motion.

      Please let me know by 12:00 p.m., Tuesday, January 26, 2010.

                    Sincerely,

                    JOHN D. OTT

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 550 North Parkcenter Drive, Suite 204, Santa Ana, California 92705.

On March 5, 2010, I served the foregoing document described as **NOTICE OF MOTION AND MOTION FOR AN ASSIGNMENT ORDER AND TO AMEND REGISTERED JUDGMENT; DECLARATION OF THOMAS REILLY AND JOHN D. OTT; EXHIBITS THERETO**, on the interested parties in this action by placing a true copy thereof enclosed in the sealed envelopes addressed as follows:

Charles R. Bank
2400 Laurel Canyon Blvd.
Los Angeles, CA 90046

Mark Rosenbaum, Esq.
Wolf Rifkin Shapiro Schulman Rabkin LLP
11400 W Olympic Blvd, Floor 9
Los Angeles, CA 90064
COUNSEL FOR DEFENDANTS

By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐ **BY PERSONAL SERVICE (CCP §1011):** I delivered such envelope(s) by hand to the addressee(s) as stated above.

☒ **BY MAIL (CCP §1013(a)&(b)):** I am "readily familiar" with the firm's practice of collection and processing correspondence and other documents for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY (CCP §1013(c)&(d):** I am "readily familiar" with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for a 550 North Parkcenter Drive, Suite 204, Santa Ana, California.

☐ **BY FACSIMILE:** Pursuant to CCP §1013(e) and (f) and CRC Rule 2008, on ********, 2010, at approximately _____ I served the above stated document by facsimile from the facsimile machine of the Law Office of John D. Ott, whose number is (714) 564-1685 to the addressee(s) at the facsimile numbers as stated in the service list. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission by facsimile was reported as complete and without error.

38

1   Executed on March 5, 2010 at Santa Ana, California.

2   I declare under penalty of perjury under the laws of the State of California that the
    above is true and correct.
3
4                   GRISELDA PLASCENCIA
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28